**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**MEX FOSTER,**

    Plaintiff,

    v.                                          **CASE NO. 3:05-cv-65-J-16TEM**

**COLUMBIA COUNTY SHERIFF'S
OFFICE,**

    Defendant.
_____/

## O R D E R

    Before the Court is the named Defendant, Columbia County Sheriff's Office, Motion to Dismiss (Dkt. 4).  The named Defendant contends, and the Plaintiff apparently does not dispute, that there is no such legal entity in Florida known as the "Columbia County Sheriff's Office."  The Plaintiff responded by filing a Motion to Amend the Complaint (Dkt. 5), with an attached Amended Complaint naming the Columbia County Sheriff as the proper Defendant.  The Plaintiff indicates that the Defendant does not object to an amendment of the Complaint to correct the Plaintiff's error in naming the proper party.

    Accordingly, upon due consideration, the Defendant's Motion to Dismiss (Dkt. 4) is **GRANTED** and the Plaintiff's Complaint (Dkt. 1) is hereby dismissed without prejudice.  The Plaintiff's Motion to Amend the Complaint (Dkt. 5) is **GRANTED.**  The Clerk of Court shall separately docket the Plaintiff's attached Amended Complaint, which shall be considered filed as of the date of this Order.

    **DONE AND ORDERED** in Chambers at Jacksonville, Florida this 19th day of April, 2005.

                                                                      _____
                                                                      JOHN H. MOORE II
                                                                      United States District Judge

**Copies to:** Counsel of Record