# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**MEX FOSTER,**

       Plaintiff,

**v.**                                                          **CASE NO. 3:05-cv-65-J-16TEM**

**COLUMBIA COUNTY SHERIFF'S OFFICE,**
**a Florida Municipality,**

       Defendant**.**

_____/

## ORDER

Before the Court is the Case Management Report (Dkt #13) filed on May 31, 2005.  In reviewing the Case Management Report, as filed, it was not submitted in the proper format required.  As stated in the Track Notice (Dkt #3) issued on January 31, 2005, "the parties shall utilize the revised case management report form attached to this notice in the preparation and filing of the Case Management Report."   By failing to use the proper format, certain pertinent information was omitted which is required prior to the entry of the Case Management Order.

Therefore, the parties are directed to file a Case Management Report, in the correct format no later than June 15, 2005.

**BY ORDER OF THE COURT,** at Jacksonville, Florida, this 3rd___ day of June, 2005.

JOHN H. MOORE II
United States District Judge

Copies to: Counsel of Record